LAW OFFICE OF ANDRÉA MARCUS
*A Professional Corporation*
Andréa Marcus, (SBN 188098)
1482 East Valley Road, Suite 831
Montecito, CA 93108
Phone: (888) 215-9021
Fax: (888) 215-9021
Email: andrea@andreamarcuslaw.com
Web: andreamarcuslaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W. (a minor, by and through her mother, NEKAIYA WILSON),<br><br>Plaintiff,<br><br>vs.<br><br>CARLSBAD UNIFIED SCHOOL DISTRICT, and DOES 1-10<br><br>Defendant. | CASE NO.: *unassigned*<br><br>'25CV649 JES JLB<br><br>**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**<br><br>**(REQUEST FOR JURY TRIAL)** |

1

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 and § 1343, as the action involves violations of federal statutes, including Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act (ADA), and 42 U.S.C. § 1983.
2. Venue is proper in the Southern District of California pursuant to 28 U.S.C. § 1391(b) because the incidents in question occurred within this district.

## FACTUAL ALLEGATIONS

1. Kaylee, a student diagnosed with Autism Spectrum Disorder (Level 2), ADHD (Combined Type), Specific Learning Disorders with Impairment in Math, Reading and Written Expression, and Developmental Coordination Disorder on September 30, 2024, attends CUSD.
2. Kaylee entered CUSD with her mother's requests for behavior accommodations and formal testing for her suspected autism in August, 2025.

**Failure to Provide Appropriate Behavioral Support for Autism**

3. On information and belief, 9/5/24, Kaylee's teacher physically hurt her by grabbing her wrist and yanking her out of the classroom and yelling at her.
4. On information and belief, 1/27/25, another teacher of Kaylee's grabbed her arm tightly and would not let go, causing Kaylee to run to the field. She was not allowed to go out to lunch, or return to the classroom. Kaylee return home that afternoon very traumatized.

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**

5. Despite its established benefits, CUSD denied Kaylee's requested reasonable accommodation, ABA[1] and 1:1 behavioral support, requested by her mother, without justification that such support could not be reasonably accommodated or that it would fundamentally alter CUSD's programs or services. Instead of providing accommodations, CUSD repeatedly excluded Kaylee from various programs, preventing her from equally participating in its educational opportunities.

6. CUSD staff have escalated behavioral incidents rather than using de-escalation techniques. Kaylee was physically grabbed multiple times by staff, including a teacher who yanked her wrist and another who tightly grabbed her arm, causing distress. Additionally, a teacher threatened to call the police on Kaylee in response to a behavioral incident, a response that is wholly inappropriate for an autistic child and violates well-established best practices for behavior management in special education.

7. Kaylee was removed from the Kids Care after-school program on January 14, 2025, due to behaviors directly linked to her disability, despite her mother's request for accommodations. Following this removal, her behaviors at school significantly worsened due to the trauma caused by this exclusion and the hostile treatment she experienced at Kids Care. She was also removed from LEGO Club, further limiting her access to educational and social opportunities.

//

//

---

[1] Applied Behavior Analysis (ABA) is an evidence-based intervention recognized as effective in supporting individuals with autism by modifying behavior through reinforcement strategies. It is endorsed by the U.S. Surgeon General and the American Psychological Association as a necessary support for many autistic individuals requiring structured behavioral interventions.

3

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**

**Bullying and Discrimination Based on Race and Disability**

8. Kaylee has endured persistent bullying and harassment because she is black and because she is disabled. She has been called the "N-word," called a monkey, and teased for being invisible in the dark. The school failed to prevent or properly address these incidents, violating California Education Code § 234.1. CUSD staff failed to take sufficient corrective action to prevent further racial harassment. Kaylee has regularly received harsher discipline than her non-disabled, non-Black peers for similar behaviors, reflecting a pattern of discriminatory discipline.

**Exposure to Harmful Online Content Due to District Negligence**

9. Kaylee was exposed to pornography and an interactive website at school, despite CUSD having the ability to block such content. The failure to implement adequate internet safety filters placed Kaylee at significant risk and constitutes gross negligence. Online platforms that allow adult-child interaction have been widely recognized as dangerous, with law enforcement agencies warning about their use as the initial contact for recruiters in child sex trafficking networks. Failure to ensure a secure online environment exposes students like Kaylee to life-threatening harm.

**Unsupervised Release from School**

10. Kaylee has been released from school unsupervised multiple times from school, despite the school's knowledge that she requires support in getting to after-

4

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**

school activities, and is not to be released without adult supervision. CUSD ignored her mother's specific request for staff assistance in ensuring she reaches her clubs. If the school attempted to contact her mother and received no immediate response, Kaylee should have been directed to her club, not released without supervision. The school's failure to implement proper procedures creates a significant safety risk and demonstrates negligence in accommodating Kaylee's needs, and shows complete disregard for her safety.

**Repeated Chocolate Allergy Violations**

11. Despite being given official documentation of Kaylee's chocolate allergy, CUSD has repeatedly allowed her to be exposed to chocolate at school. On one occasion, this resulted in a severe reaction. This level of negligence poses a life-threatening risk and constitutes a direct violation of Kaylee's rights under Section 504, which mandates necessary medical accommodations.

**CAUSES OF ACTION**

    A. Violation of Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794)
    B. Violation of Title II of the Americans with Disabilities Act (ADA) (42 U.S.C. §§ 12101 et seq.)
    C. Violation of 42 U.S.C. § 1983 for Constitutional Violations
    D. Violation of 42 U.S.C. § 1988 for Attorneys' Fees
    E. Violation of California Education Code §§ 220 and 234.1

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**

F.  Violation of California Government Code § 11135

**PRAYER FOR RELIEF**

1. Plaintiff seeks injunctive relief requiring CUSD to provide the reasonable accommodation of appropriate behavioral support.  Whether referred to as "ABA" of not, Kaylee seeks a systematic peer-reviewed and research-based positive behavior intervention plan utilizing 1:1 behavior support by someone trained and supervised to implement Kaylee's behavior plan with fidelity.  The plan will provide Kaylee with proactive teaching of skills to replace maladaptive behaviors with adaptive behaviors.  The plan will aslo teach Kaylee the prosocial behavior skills she currently lacks.  Kaylee's plan is to be developed and maintained through data collection and analysis of her behavior needs and deficits, and the environmental triggers of both, as well as data collection and analysis of the fidelity of implementation of the plan by those charged with implementing it.  Staff shall be regularly trained on Kaylee's plan and supported in implementing it with fidelity.  Staff will be replaced if proven unable or unwilling to implement Kaylee's plan with fidelity.
2. Plaintiff seeks a legally mandated corrective action plan to ensure Kaylee is never released from school unsupervised.
3. Plaintiff requests mandatory district-wide disability and racial sensitivity training for all staff, with parental attendance invitations.
4. Plaintiff seeks mandated immediate parental notification for incidents involving safety, discipline, or bullying.
5. Plaintiff seeks applicable compensatory damages for emotional distress and educational harm.

6

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**

6. Plaintiff seeks declaratory relief affirming CUSD's violations of Kaylee's rights under federal and state law.

7. Plaintiff seeks attorneys' fees and costs, inclusive of those under 42 U.S.C. § 1988.

8. Plaintiff requests additional relief as deemed just and proper.

9. CUSD has repeatedly allowed Kaylee to consume chocolate at school, despite

Respectfully submitted,                                         Dated: March 20, 2025

LAW OFFICE OF ANDRÉA MARCUS,
*A Professional Corporation*

_____

Andréa Marcus, Attorney for Plaintiff

7

**COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE ANTI-DISCRIMINATION LAWS**